AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| v. | Case No. 3:21-mj-1534-PDB |
| EDIN PADILLA-LARA | |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about December 18, 2021, in Clay County, in the Middle District of Florida, the defendant,

> a citizen of Honduras and an alien in the United States, was found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported and removed from the United States on or about May 6, 2013, December 4, 2013, March 13, 2014, April 21, 2014, June 18, 2015, and September 18, 2020,

in violation of Title 8, United States Code, Section 1326. I further state that I am a Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant
Alberto Cornavaca

Sworn to before me and subscribed in my presence,

on December 22, 2021   at   Jacksonville, Florida

PATRICIA D. BARKSDALE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## CRIMINAL COMPLAINT AFFIDAVIT

I, Alberto Cornavaca, being a duly sworn and appointed Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), hereby make the following statement in support of the attached criminal complaint.

1. Your affiant has been a Deportation Officer for ICE since 2015 and before that was an Immigration Enforcement Agent with ICE since 2011. Your affiant has training and experience in the enforcement of the immigration and nationality laws of the United States. In addition, your affiant has training and experience in the preparation, presentation, and service of criminal complaints and arrest warrants.

2. Your affiant learned the following facts from reviewing reports and conducting database checks regarding the matter. EDIN PADILLA-LARA, an alien who was previously removed from the United States, was the target of an arrest operation after ICE was notified by the Law Enforcement Support Center that the Green Cove Springs Police Department had encountered PADILLA-LARA wandering the streets late at night. Surveillance at the address he provided during the encounter, 1208 North Street, Green Cove Springs, Florida, was conducted by ICE officers with negative results. ICE officers drove to the Green Cove Springs Police Department and provided them with wanted flyers for PADILLA-LARA in case they came in contact with him.

3. On December 18, 2021, your affiant was contacted by the Green Cove Springs Police Department and advised they had encountered PADILLA-LARA again just sitting at the corner of Washington Lane and Walburg Street in Green Cove Springs and were transporting him to the police department. Your affiant drove to the location and positively identified PADILLA-LARA. During the encounter, PADILLA-LARA identified himself as EDIN PADILLA-LARA. Upon questioning, PADILLA-LARA stated that he was born in Honduras on a date in 1986.

4. PADILLA-LARA was administratively arrested and transported to the Baker County jail in Macclenny, Florida, for administrative processing. During processing, your affiant entered PADILLA-LARA's fingerprints into a biometric identification system that compared his fingerprints with the fingerprints of individuals who had been previously encountered by immigration authorities. The system returned a match and reflected that PADILLA-LARA had been previously encountered and had been assigned an Alien Registration number ("A-number"). Your affiant then conducted additional immigration database checks using the A-number and the records reflected that PADILLA-LARA is a citizen of Honduras who has been previously deported or removed from the United States to Honduras on six occasions.

5. Your affiant also reviewed copies of documents from the Alien Registration file ("A-file") for PADILLA-LARA. An A-file is a central file

maintained by immigration agencies that contains documents related to the interactions and encounters of United States immigration authorities with an alien. Documents in the A-file confirmed that PADILLA-LARA is a citizen of Honduras who has been previously deported or removed from the United States to Honduras on six occasions: on May 6, 2013, through Miami, Florida, on December 4, 2013, through Miami, Florida, on March 13, 2014, through Phoenix, Arizona, on April 21, 2014, through Brownsville, Texas, on June 18, 2015, through Phoenix, Arizona, and on September 18, 2020, through Alexandria, Louisiana. The A-file contained no record that PADILLA-LARA had ever applied for or received permission from the Attorney General or the Secretary of Homeland Security for the United States to re-enter the United States since the time of his last deportation or removal.

6. On December 20, 2021, at approximately 2:15 p.m., your affiant advised Assistant United States Attorney Arnold B. Corsmeier of the foregoing facts and he authorized criminal prosecution of PADILLA-LARA.

Based upon the foregoing facts, your affiant believes there is probable cause to establish that EDIN PADILLA-LARA is a citizen of Honduras who has been found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or to re-enter the United States after having been deported or

removed from the United States, in violation of Title 8, United States Code, Section 1326.

_____
Alberto Cornavaca, Deportation Officer
U.S. Immigration and Customs Enforcement
Jacksonville, Florida